# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian K. Pratt,<br><br>Plaintiff,<br><br>vs.<br><br>NCO Financial Systems, Inc.,<br><br>Defendant. | CIVIL FILE NO.: 12-CV-209 (ADM/FLN)<br><br>**ORDER** |

Based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant are hereby **DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: February 16, 2012            s/Ann D. Montgomery

Judge Ann D. Montgomery
United States District Court